*R. Brown* for appellant. *Messrs. Mac Q. Williamson,* Attorney General of Oklahoma, and *F. M. Dudley* for appellee.

No. 518. MORAN, RECEIVER, *v.* COBB. On petition for writ of certiorari to the Court of Appeals for the District of Columbia. October 27, 1941. Dismissed per stipulation of counsel. *Mr. George P. Barse* for petitioner. *Mr. James A. Cobb, pro se.*

No. 22. MASSACHUSETTS BONDING & INSURANCE CO. *v.* WEBBER ET AL. Certiorari, 313 U. S. 555, to the Supreme Court of Ohio. November 10, 1941. Dismissed on motion of counsel for the petitioner. *Mr. Frank Harrison* for petitioner. *Mr. Charles A. Rogers* for respondents.

No. 667. MCALLISTER *v.* WOODSON ET AL. November 17, 1941. On petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit. Dismissed per stipulation of counsel. *Messrs. S. J. Brooks, W. L. Matthews, J. D. Wheeler, Samuel Herrick,* and *Albert E. Conradis* for petitioner. *Mr. H. Grady Chandler* for respondents.

No. 281. NATIONAL LABOR RELATIONS BOARD *v.* SPARKS-WITHINGTON CO. ET AL. January 5, 1942. Certiorari, *ante,* p. 597, to the Circuit Court of Appeals for the Sixth Circuit. Dismissed on motion of counsel for the petitioner. *Assistant Solicitor General Fahy* and *Messrs. Robert B. Watts* and *Laurence E. Knapp* for petitioner. *Mr. John T. Scott* for the Sparks-Withington Co., and